UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No.: CV 17-00559-CAS (SSx) |
| Plaintiff, | ) [PROPOSED] **CONSENT JUDGMENT** |
| vs. | ) |
| $15,200.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |
| TREVIS ATNWAIN MAXWELL, | ) |
| Claimant. | ) |

Plaintiff United States of America (the "government") and claimant Trevis Antwain Maxwell ("Claimant") have entered into a stipulated request for the entry of this consent judgment of forfeiture resolving all interests the Claimant may have in the defendant, namely, $15,200.00 in U.S. Currency.

///

This civil forfeiture action was commenced on January 24, 2017. Notice was given and published according to law. Claimant filed a claim and notice of interested party on February 23, 2017 (Dkt. 11). No other claims or answers were filed, and the time for filing claims and answers has expired.

The Court has been duly advised of and has considered the matter. Based upon the mutual consent of the parties hereto and good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES AND DECREES** that $14,200.00 of the defendant currency, plus all interest earned on the entirety of the defendant currency since seizure, is hereby forfeited to the United States, and no other right, title or interest shall exist therein. The remaining balance of $1,000.00 in U.S. currency, without interest, shall be returned to the Claimant via check to the address that Claimant specifies on the Department of Justice's "Unified Financial Management System" form provided to the Claimant. Payment will be made by a check issued by the United States Department of Treasury. Claimant agrees that he will provide the information necessary to facilitate such payment according to law.

The Court finds that there was reasonable cause for the seizure of the defendant currency and the institution of this action. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

///
///
///
///

Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendant currency.

DATED: June 26, 2017

*Christina A. Snyder*
UNITED STATES DISTRICT JUDGE

Presented by:

SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


 /s/ *Frank D. Kortum*
FRANK D. KORTUM
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA